706

On motion for rehearing. Rehearing denied.

Resnick, J., dissents.

H. Brown, J., not participating.

**87-1554.** The Chapel v. Solon. *Cuyahoga County*, No. 53503. On motion for rehearing. Rehearing denied.

Wright, J., dissents.

Resnick, J., not participating.

**87-1842.** Kirk v. Jim Walters Homes, Inc. *Morrow County,* No. CA-665. On motion for rehearing. Rehearing denied.

**88-435.** Horn v. Mayfield. *Montgomery County*, No. CA 10468. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

On motion for rehearing. Rehearing denied.

Sweeney, Douglas and Resnick, JJ., dissent.

**88-1157.** State v. Curnutte. *Lorain County*, Nos. 4189 and 4198. On motion for rehearing. Rehearing denied.

**88-1517.** Vasco Electric, Inc. v. M. Berkowitz & Co., Inc. *Trumbull County*, No. 3869. On motion for rehearing. Rehearing denied.

Resnick, J., not participating.

**88-1622.** State v. Sklenar. *Lorain County*, No. 4339. On motion for rehearing. Rehearing granted and dismissal for want of prosecution vacated.

On motion for leave to file instanter. Motion granted.

## DISCIPLINARY DOCKET

**D.D. 88-26.** Lake Cty. Bar Assn. v. Lillback. On motion to file answer brief. Motion granted, effective January 17, 1989.

## MISCELLANEOUS DISMISSALS

**88-1834.** In re Estate of McKay. *Portgage County,* No. 1876. Cause dismissed on application of appellant, effective January 13, 1989.

## REHEARING DOCKET

**87-1519.** State, ex rel. Aspinwall, v. Indus. Comm. *Franklin County,* No. 86AP-261.